People of the State of Illinois, Plaintiff-Appellee, v. John Locklund, Defendant-Appellant.

Gen. Nos. 53,603–53,605. (Consolidated.)

First District, Third Division.
September 18, 1969.

Gerald W. Getty, Public Defender of Cook County, of Chicago, for appellant; Edward V. Hanrahan, State's Attorney of Cook County, of Chicago, for appellee. Opinion by JUSTICE SCHWARTZ. **Not to be published in full.**